```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHARLES HENRY SCOTT, III,            :
                                     :
               Plaintiff,            :       10 Civ. 162 (JSR)
                                     :
          -v-                        :       ORDER
                                     :
P.O. THOMAS GARRITY, NEW YORK CITY   :
POLICE DEPARTMENT, and CITY OF NEW   :
YORK,                                :
                                     :
               Defendants.           :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On June 15, 2010, the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that plaintiff's case brought under 28 U.S.C. § 1983 be dismissed.

Plaintiff has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, dismisses the case with prejudice. Clerk to enter judgment.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 27, 2010